Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick A. Mula
Assistant Federal Public Defender
Illinois State Bar No. 6331934
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Petitioner Zachary Bales

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Zachary Bales,<br><br>　　　　Defendant. | Case No. 2:23-cr-00196-RFB-NJK<br><br>**Motion to Seal** |

Mr. Bales respectfully requests that the Court seal his Supplement to Motion for Review of Magistrate Judge's Detention Order ("Supplement") because it contains his sensitive medical information as well as information about his victimization as a juvenile.

"Historically, courts have recognized a general right to inspect and copy public records and documents, including judicial records and documents." *Kamakana v. City and Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (internal quotation marks and citation omitted); *see also Nixon v. Warner Commnc'ns Inc.*, 435 U.S. 589, 597 (1978). Nonetheless, the Court may limit public access on a showing of either good cause or compelling reasons, depending on the circumstances. *Ctr. for Auto Safety v.*

*Chrysler Group, LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016). Under the compelling reasons standard, "a court may seal records only when it finds 'a compelling reason and articulate[s] the factual basis for its ruling, without relying on hypothesis or conjecture.'" *Ctr. for Auto Safety*, 809 F.3d at 1096–97 (quoting *Kamakana*, 447 F.3d at 1179). Under the good cause standard, the Court may "issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." *Id.*

Here, Mr. Bales satisfies both standards because he has compelling reasons for the Supplement to be sealed. The Supplement discusses Mr. Bales's sensitive personal medical information as well as Mr. Bales's history of victimization as a juvenile.

Accordingly, Mr. Bales respectfully requests leave to file the Supplement to the Motion for District Judge Review of Magistrate Judge's Detention Order under seal.

Dated November 6, 2023.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Rick A. Mula*
Rick A. Mula
Assistant Federal Public Defender

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
United States District Judge
Dated 11/8/2023

2

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on November 6, 2023, he served an electronic copy of the above and foregoing **MOTION TO SEAL** by electronic service (ECF) to the person named below:

JASON M. FRIERSON
United States Attorney
BIANCA R. PUCCI
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

*/s/ Jeremy Kip*
Employee of the Federal Public
Defender