RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Zachary Bales

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>ZACHARY BALES,<br><br>         Defendant. | Case No. 2:23-cr-00196-RFB-NJK<br><br>**STIPULATION TO CONTINUE HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Zachary Bales, that the hearing currently scheduled for April 11, 2024 at 2:30 pm, be vacated and set to a date and time convenient to this Court, but no sooner than one (1) week.

The Stipulation is entered into for the following reasons:

1.     Mr. Bales suffers from numerous serious health conditions, and he was hospitalized on or about April 2, 2024.

2.     Mr. Bales remains hospitalized, and it appears unlikely that he will be released from the hospital by April 11, 2024.

3. The parties have conferred with each other and with Pretrial Services Officer Zachary Scott-Sedley and agree that a brief continuation is warranted given Mr. Bales's hospitalization.

This is the first stipulation to continue filed herein.

DATED this 8th day of April, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ Lauren Ibanez<br>LAUREN IBANEZ<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00196-RFB-NJK |
| Plaintiff, | ~~PROPOSED~~ ORDER |
| v. | |
| ZACHARY BALES, | |
| Defendant. | |

## ORDER

IT IS THEREFORE ORDERED that the hearing currently scheduled for April 11, 2024, at the hour of 2:30 p.m., be vacated and continued to April 18, 2024 at the hour of 2:30 p.m. in Courtroom 3C before Magistrate Judge Koppe.

DATED this 8th day of April, 2024.

_____
UNITED STATES MAGISTRATE JUDGE