RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Zachary Bales

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ZACHARY BALES,<br><br>            Defendant. | Case No. 2:23-cr-00196-RFB-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Zachary Bales, that the Revocation Hearing currently scheduled on October 31, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than one (1) day.

   This Stipulation is entered into for the following reasons:

   1.   Defense counsel plans to be out of the district October 29, 2024, through October 31, 2024.

   2.   The defendant is out of custody and agrees with the need for the continuance.

   3.   The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 15th day of October, 2024.


| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| | |
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ Lauren Ibanez<br>LAUREN IBANEZ<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ZACHARY BALES,<br><br>    Defendant. | Case No. 2:23-cr-00196-RFB-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 31, 2024 at 9:15 a.m., be vacated and continued to November 1, 2024 at 9:15 a.m.

DATED this 16th day of October, 2024.



_____
UNITED STATES DISTRICT JUDGE